**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02322-LTB-CBS

RICKY MCCADEN,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2, and
MIKE F. MILES,

    Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the parties' Motion to Dismiss With Prejudice (Doc 18 - filed June 2, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: June 3, 2008